HOUSING AUTHORITY OF THE CITY OF NORWALK
*v.* VALERIE DAVIS ET AL.

*William B. Westcott,* in support of the petition.

*Donna M. Lattarulo,* in opposition.

Decided July 6, 2000

COMMISSIONER OF ADMINISTRATIVE SERVICES *v.*
WILLIAM LEHERISSIER

*Barry T. Pontolillo,* in support of the petition.

*Gary G. Williams,* assistant attorney general, in opposition.

Decided July 6, 2000

HARRY HYATT *v.* CITY OF MILFORD ET AL.

*Albert E. Desrosiers,* in support of the petition.

*Jason M. Dodge,* in opposition.

Decided July 6, 2000

901